EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| | 2013 TSPR 79 |
| Extensión de términos por motivo de concesión de los días 5 y 26 de julio de 2013 | 188 DPR ____ |

Número del Caso: EM-2013-05

Fecha: 2 de julio de 2013

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Extensión de términos por              EM-2013-005
motivo de concesión de los
días 5 y 26 de julio de 2013

RESOLUCIÓN

En San Juan, Puerto Rico, a 2 de julio de 2013.

El Juez Presidente, Hon. Federico Hernández Denton, ha concedido a los empleados(as) y funcionarios(as) de la Rama Judicial los días 5 y 26 de julio de 2013, libre con cargo a la licencia de vacaciones.

A tal efecto, y en virtud de nuestra facultad para reglamentar los procedimientos judiciales al computar los términos dispuestos en las distintas leyes y reglas aplicables a los procedimientos y trámites judiciales, se aplicará lo dispuesto por los Arts. 388 y 389 del Código Político de 1902, 1 L.P.R.A. secs. 72 y 73, y se considerarán los días 5 y 26 de julio de 2013, como si fueran días feriados. Cualquier término a vencer el viernes 5 de julio de 2013, se extenderá hasta el próximo día laborable, 8 de julio de 2013. Cualquier término a vencer el viernes 26 de julio de 2013, se extenderá hasta el lunes 29 de julio de 2013, próximo día laborable.

Se ordena la inmediata difusión pública de esta Resolución.

Publíquese.

In re:
Extensión de términos por
motivo de concesión de los
días 5 y 26  de julio de 2013                                             2

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo, Interina.

Camelia Montilla Alvarado
Secretaria del Tribunal Supremo, Interina